# EXHIBIT G



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 27, 2001

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON January 09, 1992.



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

H. L. JACKSON
Certifying Officer




THE LAW OFFICES OF
ERIC P. SCHELLIN, P.C.
2121 CRYSTAL DRIVE
SUITE 704, TWO CRYSTAL PARK
ARLINGTON, VIRGINIA 22202
TEL: (703) 521-1666

ERIC P. SCHELLIN
JOSEPH P. NI...
GEORGE R. D...
ROBERT F. CUS...

January 8, 1992

FACSIMILE: (703) 979-1487

KEY WEST, FLORIDA OFFICE
(305) 296-2868

VICTORIA MESSENGER
MANAGER

PETER SCHELLIN
PATENT SEARCHER

Hon. Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Attention: Assignment Branch

Re: U.S. Serial No: 07/615,848
    Filed: November 20, 1990
    Applicants: MARC K. ROBERTS ET AL
    entitled: ELECTRONIC STILL VIDEO CAMERA WITH
    DIRECT PERSONAL COMPUTER (PC) COMPATIBLE
    DIGITAL FORMAT OUTPUT
    Attorney's Docket: 101

Sir:

Enclosed herewith is an ASSIGNMENT for the above identified patent application to PERSONAL COMPUTER CAMERAS, INC. In addition, a check in the amount of $40.00 is enclosed which is the required fee.

Once the document is recorded please return to the above.

Respectfully submitted,

Eric P. Schellin, Reg. No. 18,449

EPS:vs
encl.

050 1P 01/15/92 07615848        I 581    40.00 CK

11607413

**Whereas,** Marc K. Roberts, Matthew A. Chikosky and Jerry A. Speasl have invented certain new and useful improvements in Electronic Still Video Camera with Direct Personal Computer (PC) Compatible Digital Format Output for which they made application for LETTERS PATENT OF THE UNITED STATES, which application has been duly executed by them on November 20, 1990

**And Whereas** Personal Computer Cameras, Inc. McLean, Virginia 22103

hereinafter called the assignee, is desirous of acquiring the entire right, title and interest in and to said invention within the United States of America and its territorial possessions and all foreign countries and any United States or foreign LETTERS PATENT that may be granted therefor.

**Now, this Indenture Witnesseth,** That for and in consideration of the sum of 10.00 Dollar, in hand paid to them and other good and valuable considerations, the receipt whereof is hereby acknowledged, they have assigned, sold and transferred, and do hereby assign, sell and transfer to the said assignee the entire right, title and interest in and to the said invention within the United States of America and its territorial possessions and all foreign countries, and in and to said application for LETTERS PATENT of the United States, and in and to all other applications for LETTERS PATENT for said invention in all other countries, and in and to all divisions and continuations of any of said applications, and in and to any LETTERS PATENT of the United States and foreign countries and all reissues and extensions thereof that may be granted, and the right to apply for LETTERS PATENT in foreign countries with full benefit of such priorities as may now or hereafter be granted to them by local laws or by treaty including any international convention, for the protection of industrial property, together with the right to extend the protection of said U.S. LETTERS PATENT to the various territorial possessions now owned or which may be hereafter acquired by the United States of America, all said rights to be held and enjoyed by the assignee for its own use and behoof, and for the use and behoof of its successors or assigns, to the full end of the respective terms for which said LETTERS PATENT may be granted, as fully and entirely as the same would have been held and enjoyed by them if this assignment sale had not been made. And they do hereby request and authorize that any and all LETTERS PATENT, when granted, be issued in accordance with this assignment to the assignee.

In further consideration of said sum of 10.00 Dollar, and said other good and valuable considerations, to them paid, do covenant and agree with the assignee that they have full and unincumbered title to the invention hereby assigned, which title warrant unto the assignee, and they further agree that they will, without demanding any further consideration therefor, at the request but at the expense of the assignee, do all lawful and just acts including the execution and acknowledgment of instruments, furnishing of information and giving of testimony, that may be or become necessary for obtaining, sustaining, or reissuing United States and foreign LETTERS PATENT for the said invention, and for maintaining and perfecting the assignee's right to said invention and LETTERS PATENT, particularly in cases of interference and litigation.

REEL 5964 FRAME 505

In Testimony Whereof, I have hereunto set my hand and affixed my seal, this ___ day of 12/27/91, 19__

Marc K. Roberts [SEAL]

Sealed and delivered in presence of
Jane Erinn Power

*OFFICIAL SEAL — JANE ERINN POWER — NOTARY PUBLIC - CALIFORNIA — ALAMEDA COUNTY — My Comm. Expires Dec. 7, 1993*

In Testimony Whereof, I have hereunto set my hand and affixed my seal, this 20th day of December, 1991

Matthew A. Chikosky [SEAL]

Sealed and delivered in presence of
Madelen Simpson

In Testimony Whereof, I have hereunto set my hand and affixed my seal, this day of 12-27-91, 19__

Jerry A. Speasl [SEAL]

Sealed and delivered in presence of
Jane Erinn Power

*OFFICIAL SEAL — JANE ERINN POWER — NOTARY PUBLIC - CALIFORNIA — ALAMEDA COUNTY — My Comm. Expires Dec. 7, 1993*

STATE OF California
Alameda } ss.:

On this 27th day of Dec, 19 91, before me personally appeared Marc K. Roberts to me known and known to me to be the individual described in and who executed the foregoing instrument, and he has acknowledged to me that he executed the same.

[SEAL] OFFICIAL SEAL JANE ERINN POWER NOTARY PUBLIC - CALIFORNIA ALAMEDA COUNTY My Comm. Expires Dec. 7, 1993

_Jane Erin Power_
Notary Public.

STATE OF Virginia } ss.:

On this 30 day of December, 19 91, before me personally appeared Matthew A. Chikosky to me known and known to me to be the individual described in and who executed the foregoing instrument, and he has acknowledged to me that he executed the same.

[SEAL]

_Madelyn Dempson_
Notary Public.

STATE OF California
Alameda } ss.:

On this 27th day of Dec, 19 91, before me personally appeared Jerry A. Speasl to me known and known to me to be the individual described in and who executed the foregoing instrument, and he has acknowledged to me that he executed the same.

[SEAL] OFFICIAL SEAL JANE ERINN POWER NOTARY PUBLIC - CALIFORNIA ALAMEDA COUNTY My Comm. Expires Dec. 7, 1993

_Jane Erin Power_
Notary Public.

RECORDED
PATENT AND TRADEMARK
OFFICE

JAN -9 1992

Assignment

Marc K. Roberts
Matthew A. Chikosky
Jerry A. Speasl
TO
Personal Computer Cameras, Inc.

INVENTION: Electronic Still Video Camera with Direct Personal Computer (PC) Compatible Digital Format Output

REEL 5964 FRAME 506