**EXHIBIT I**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

September 29, 2004

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON JANUARY 16, 1996.

By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

GLORIA A MURRAY
Certifying Officer

| FORM PTO-1595 (Rev 6-93) OMB No. 0651-0011 (exp. 4/94) | RE REC 05-13-1996 HEE | U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office |
|---|---|---|

Tab settings ▭ ▭ ▭ ▼                          ▼

To the Honorable Commissioner of Pa     100171382     ched original documents or copy thereof.

**1. Name of conveying party(ies):**

PERSONAL COMPUTER CAMERAS, INC.

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**

Name: ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.
Internal Address: _____
16845 Kercheval Ave., Suite 2
Grosse Pointe, Michigan 48230

Street Address: 16845 Kercheval Ave., Suite 2
City: Grosse Pointe  State: MI  ZIP: 48230

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance:**

☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Other _____

Execution Date: January 9, 1996

MRO 1-16-96

**4. Application number(s) or patent number(s):** 4

If this document is being filed together with a new application, the execution date of the application is: _____

A. Patent Application No(s)
08/098,787
08/445,010
08/445,009

B. Patent No.(s)  5,138,459

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: Gordon K. Harris, Jr., Esq.
Internal Address: _____

Street Address: HARNESS, DICKEY & PIERCE
P.O. Box 828
City: Bloomfield Hills  State: MI  ZIP: 48303

**6. Total number of applications and patents involved:** 4

**7. Total fee (37 CFR 3.41)** $ 160.00
  x  Previously submitted (per enclosed)
  ☐ Enclosed
  ☒ Authorized to be charged to deposit account for any deficiencies

**8. Deposit account number:**
08-0750
(Attach duplicate copy of this page if paying by deposit account)

DO NOT USE THIS SPACE

chg 30 spec fee

**9. Statement and signature.**
To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Gordon K. Harris, Jr.                Signature /s/                 May 10, 1996
Reg. No. 26989
Name of Person Signing              Total number of pages including cover sheet, attachments, and document:

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

PATENT
REEL: 7803 FRAME: 0944

ARD 1-16-96

## ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.

SUITE NUMBER TWO
16845 KERCHEVAL AVENUE
GROSSE POINTE, MICHIGAN 48230 U.S.A.

160.00-681



02-09-1996

Commissioner Of Patents And Trademarks
Attn: Assignment Branch
2800 Crystal Drive
10th Floor
Arlington, VA  22202                         VIA FEDEX

Re:  Recording Of Patent Assignment

Dear Sir:

We have enclosed a fully executed and notarized patent assignment for the assignment of one issued U.S. patent and three U.S. patent applications from Personal Computer Cameras, Inc. to St. Clair Intellectual Property Consultants, Inc.. Please record the enclosed assignment in the official records of the U.S. Patent and Trademark Office.

Our bank check number 1500 made out to the Commissioner of Patents and Trademarks in the amount of $160.00 has been enclosed as payment of the fee due for recording the enclosed assignment.

Thank you for your kind attention to this matter.

Very truly yours,

Thomas W. Baumgarten, Jr.

270 MM 02/08/96 5138459           2 581       160.00

160.00 CK

PATENT
REEL: 7803 FRAME: 0945

010496

# U.S. PATENT ASSIGNMENT

WHEREAS, Personal Computer Cameras, Inc. a corporation of the Commonwealth of Virginia, having offices at 10497 Chace Drive, Cupertino, California 95014 ("PCC") is the owner of all right, title and interest in and to the following United States patents and patent applications, hereinafter collectively referred to as the "PATENTS":

| Patent / Application | Filing Date | Issue Date | Inventors |
|---|---|---|---|
| 5,138,459 | 11/20/90 | 08/11/92 | Roberts et al. |
| 08/098,787 | 07/29/93 | N/A | Roberts et al. |
| 08/445,010 | 05/19/95 | N/A | Roberts et al. |
| 08/445,003 | 05/19/95 | N/A | Roberts et al. |

WHEREAS, St. Clair Intellectual Property Consultants, Inc., a Michigan Corporation having offices at 16845 Kercheval Ave., Suite 2, Grosse Pointe, Michigan 48230 ("SCI") is desirous of acquiring all right, title and interest in, and to the PATENTS.

NOW, THEREFORE, in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, PCC hereby sells, assigns, transfers and conveys unto SCI, its successors and assigns all right, title and interest in and to the following:

A. The PATENTS;

B. All divisions, continuations, continuations-in-part and reissues of the PATENTS; and

C. All claims, demands, or causes of action that PCC has or might have by reason of any infringement of the PATENTS prior to the effective date of this assignment, including the right

Page 1 of 2

PATENT
REEL: 7803 FRAME: 0946

to collect damages for such past infringement in the name of SCI.

Personal Computer Cameras, Inc.

By: _____
    Jerry A. Speasl
    President

Date: 1-9-96

State of California )
County of Alameda )

Signed before me this ___9th___ of January, 1996.

_____
Notary Public



OFFICIAL SEAL - 988072
NOOSHIN MAHINI
NOTARY PUBLIC - CALIF.
COUNTY OF ALAMEDA
My Comm. Exp. June 4, 1997

Page 2 of 2

PATENT
RECORDED: 01/16/1996                REEL: 7803 FRAME: 0947