# United States District Court
## DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual, )<br>)<br>Defendants. | **SUMMONS IN A CIVIL ACTION**<br><br>C.A. No. 05-273 |

TO:   Mirage Systems, Inc.
       c/o Secretary of State of the State of Delaware
       401 Federal Street, Townsend Building
       Dover, Delaware 19901
       Pursuant to 10 Del. C. § 3104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

   Frederick L. Cottrell, III, Esq.
   Richards, Layton & Finger
   One Rodney Square
   Wilmington, DE 19899
   (302) 651-7700

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk   **PETER T. DALLEO**          Date   5/12/05

By Deputy Clerk

   *Brian T. Moce* (signature)

RLF1-2875320-1

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE<br>5/13/05 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS || TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MIRAGE SYSTEMS, INC C/O DEL. SEC. OF STATE 401 FEDERAL ST. DOVER, DE COPIES THEREOF WERE ACCEPTED SHAWN MOORE (PROCESS AGENT)

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/13/05
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure