IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>           Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-273<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff St Clair Intellectual Property Consultants, Inc. ("St Clair") hereby states that it has no parent corporation and that no publicly held corporation owns more than 10% of St. Clair's stock.

Date: May 16, 2005

OF COUNSEL:
Ronald J. Schutz, Esq.
Jake M. Holdreith, Esq.
Becky R. Thorson, Esq.
Carrie M. Lambert, Esq.
Kimberly G. Miller, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III, Esq. (#2555)
cottrell@rlf.com
Chad M. Shandler, Esq. (#3797)
shandler@rlf.com
Matthew W. King, Esq. (#4566)
king@rlf.com
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL
PROPERTY CONSULTANTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF and served it on the following non-registered participants as noted:

**BY FEDERAL EXPRESS:**

Mirage Systems, Inc.
1031 E. Duane Street, Suite F
Sunnyvale, California 94085

**BY FEDERAL EXPRESS:**

Kenneth L. Ford
1040 Vista Oak
San Jose, California 95132

**BY FEDERAL EXPRESS:**

George J. Moussally
33185 Lark Way
Fremont, California 94555

Matthew W. King (#4566)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
E-mail: king@rlf.com

RLF1-2876651-1