IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-273  JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE

TO:   Clerk
    United States District Court for the
    District of Delaware
    Federal Building
    844 King Street
    Wilmington, Delaware 19801

PLEASE ISSUE an alias summons in the above-captioned action for service on

the following defendant pursuant to 10 Del. C. § 3104:

Mirage Systems, Inc.
c/o Secretary of State of the State of Delaware
401 Federal Street, Townsend Building
Dover, Delaware 19901

RLF1-2875377-1

                                              /s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger
cottrell@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Matthew W. King (#4566)
king@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
  Attorney for Plaintiff

Dated: May 25, 2005