# United States District Court
## DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | **ALIAS SUMMONS IN A CIVIL ACTION FOR MIRAGE SYSTEMS, INC.**<br><br>C.A. No. 05-273 |

TO:   Mirage Systems, Inc.
      c/o Secretary of State of the State of Delaware
      401 Federal Street, Townsend Building
      Dover, Delaware 19901
      Pursuant to 10 Del. C. § 3104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

   Frederick L. Cottrell, III, Esq.
   Richards, Layton & Finger
   One Rodney Square
   Wilmington, DE 19899
   (302) 651-7700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk   **PETER T. DALLEO**            Date  5-25-05

By Deputy Clerk
   Beth Dinan

RLF1-2875320-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/25/05 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MIRAGE SYSTEMS, INC C/O DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/25/05
         Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

SERVED ALIAS SUMMONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure