IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-273<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND AGREEMENT THAT SERVICE OF PROCESS HAS
BEEN EFFECTUATED PURSUANT TO FED. R. CIV. P. 4 AND 10 DEL. C. § 3104**

WHEREAS, on May 6, 2005, plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair") filed a Complaint against defendants Mirage Systems, Inc., George J. Moussally and Kenneth L. Ford (collectively, the "Defendants");

WHEREAS, on May 13, 2005, St. Clair served the Complaint and Summons on Defendants via registered mail pursuant to 10 Del.C. § 3104; and

WHEREAS, the parties have agreed to extend the time within which defendants must move, answer or otherwise respond to the Complaint and further agreed that service of process has been properly effectuated;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that:

a.  The undersigned counsel for Defendants has agreed to accept service of process on behalf of all Defendants;

b  Service has been properly effected and Defendants irrevocably waive any right to challenge the sufficiency of process and/or the sufficiency of service of process under Fed R. Civ. P. 12(b)(4) or 12(b)(5);

c  Other than waiving their rights to challenge the sufficiency of process and sufficiency of service of process, Defendants have not waived any other rights through this Stipulation;

d  The time within which Defendants must move, answer or otherwise respond to the Complaint is hereby extended through June 21, 2005; and

e  St. Clair will oppose any further request for an extension to respond to the complaint.

| | |
|---|---|
| /s/ signature | /s/ Edward M. McNally |
| Frederick L. Cottrell, III, Esq. (#2555) | Edward M. McNally, Esq. (#614) |
| cottrell@rlf.com | emcnally@morrisjames.com |
| Chad M. Shandler, Esq. (#3797) | Morris James Hitchens & Williams LLP |
| shandler@rlf.com | 222 Delaware Avenue, 10th Floor |
| One Rodney Square | P.O. Box 2306 |
| P.O. Box 551 | Wilmington, DE 19899-2306 |
| Wilmington, DE 19899 | (302) 888-6880 |
| (302) 651-7700 | Attorneys for Defendants Mirage Systems, |
| Attorneys For Plaintiff | Inc., George J. Moussally and Kenneth L. Ford |
| St. Clair Intellectual Property Consultants, Inc. | |

IT IS SO ORDERED this _____ day of _____, 2005

_____
United States District Court Judge