# EXHIBIT A

Case 1:05-cv-00273-JJF    Document 11-2    Filed 06/20/2005    Page 1 of 2

RLF1-2888116-1

## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

May 13, 2005

**REGISTERED MAIL NO.:** RA 906 722 160 US
**RETURN RECEIPT REQUESTED**

Mirage Systems, Inc.
1031 E. Duane Street, Suite F
Sunnyvale, CA 94085

    Re:    St. Clair Intellectual Property Consultants, Inc. v. Mirage Systems, Inc., George J Moussally and Kenneth L. Ford, C.A. 05-273
           **Notice of Service Pursuant to 10 Del. C. § 3104**

        St. Clair Intellectual Property Consultants, Inc. (the "Plaintiff"), has filed a Complaint against you in the United States District Court for the District of Delaware.

        Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware on May 13, 2005, in compliance with 10 Del. C. § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

        Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by the Plaintiff as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you within twenty (20) days, and that your failure to do so may result in a default judgment being entered against you.

        Very truly yours,

        Matthew W. King

MXK/ps
Enclosure

RLF1-2875854-1