# EXHIBIT B

| Registered No. RA 9067221160 US | Date Stamp 5/19/05 |
|---|---|
| Reg Fee $ 7.50 | |
| Handling Charge $ | Return Receipt $ |
| Postage $ 5.75 | Restricted Delivery $ 1.75 |
| Received by GL  15.00 | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM:
Matthew King, Esq
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

TO:
Mirage Systems, Inc
1031 E. Duane Street, Suite F
Sunnyvale, CA 94085

PS Form 3806, June 2002     Receipt for Registered Mail     Copy 2 - Post Office