# EXHIBIT C

RECEIVED
JUN 16 2005
MATTHEW W. KING

# FAX

Date 6-2-0

Number of pages including cover sheet

TO: CYNTHIA

FROM: SUNNYVALE POST OFFICE
United States Postal Service
580 N MARY AVE
SUNNYVALE CA
94086-9991

SENDER: Ashok Sharma

Phone  302-651-0028
Fax Phone  302-777-1525

Phone  (408) 732-1404
Fax Phone  (408) 732-2081

CC:

REMARKS:  ☐ Urgent  ☒ For your review  ☐ Reply ASAP  ☐ Please Comment

**UNITED STATES POSTAL SERVICE** — Accountable Mail Matter Received for Delivery

8983

| Date | Registered No., COD No., Total Express Mail, Total Certified, Total Return Receipt for Merchandise, or Total Receipt for Recorded Delivery | R, RA, or AO | COD Amount Due Sender | Money Order Fee | Delivery Clerk's or Carrier's Signature; Total | Clearing Clerk's Signature | Reason for Nondelivery; Disposition |
|---|---|---|---|---|---|---|---|
| 5/12/05 | EI 043 226 541 | JP | | | ✓ | | |
| " | EI 043 234 555 | JP | | | ✓ | | del |
| 05/13/05 | EL 970 119 521 | US | | | ✓ | | del |
| " | EE 344 785 781 | JP | | | ✓ | ⁊ | 7 NL |
| " | 1C 1R | | | | ✓ | | NL |
| 05/14/05 | R-1872 Mexico | | | | ✓ | ⁊ | del |
| " | ED 843 318 | US | | | ✓ | ⁊ | del |
| 05/16/05 | EI 04323 569 | JP | | | ✓ | ⁊ | Rel |
| " | RB6079962S21447 Return Receipt | | | | ✓ | | NL |
| " | RR 709 | | | | | | |
| 05/17/05 | RQ A041 501 97 AE 01/05/5 | | | | ✓ | ⁊ | Redel |
| 5/19 | 2C 8C | | | | | ⁊ | NL, Redel |
| 5/19/05 | RA 906 7 2 150 | US | | | ✓ | | Rel |
| " | 1C 1R | | | | ✓ | | Rel |
| 05/20/05 | EE 685 361 2 214 | | | | ✓ | ⁊ | del |
| " | RA 906 2 160 | US | | | ✓ | ⁊ | del |
| " | 6C 5R | | | | ✓ | ⁊ | NL & Redel & del |
| 5/21/05 | R 037 PH | | | | ✓ | ⁊ | del |
| | 4C | | | | ✓ | ⁊ | |
| 05/23/05 | ER 153 470 454 | US | | | ✓ | ⁊ | 5 mail |
| " | EI 211 241 382 | JP | | | ✓ | ⁊ | del |
| " | EE 1989 9255 | JP | | | ✓ | ⁊ | del |
| " | EF 1989 92 566 | JP | | | ✓ | ⁊ | del |
| " | EI 043 234 186 | JP | | | ✓ | ⁊ | del |
| " | 5C 3R | | | | ✓ | ⁊ | 3 del, Redel |
| 05/24/05 | ED 435 868 26 | US | | | ✓ | ⁊ | del |
| " | 2C 1R | | | | ✓ | ⁊ | 4 FS, NL |
| 5-25 | (30) C1 X2 | | | | ✓ | ⁊ | 2 redel |
| 5/26/05 | EE 349 128 938 | JP | | | ✓ | | Rel |
| " | 2C 2R | | | | ✓ | | INT + Rel |
| 5/27/05 | EE 557 159 067 | MX | | | ✓ | | Rel |
| " | 2C 2R | | | | ✓ | | INT + Rel |
| 5/28/05 | 1C 1R | | | | ✓ | | Rel |

PS Form 3867, December 1994

# UNITED STATES POSTAL SERVICE

## Accountable Mail Matter Received for Delivery

| Date | Registered No., COD No., Total Express Mail, Total Certified, Total Return Receipt for Merchandise, or Total Receipt for Recorded Delivery | R, RA or AO | COD Amount Due Sender | COD Money Order Fee | Delivery Clerk's or Carrier's Signature; Total | Clearing Clerk's Signature | Reason for Nondelivery; Disposition |
|---|---|---|---|---|---|---|---|
| 05/31/05 | ED 736 609 355 | US | | | ✓ | ✓ | 24 NL |
| " | RR 366 067 459 | US | | | ✓ | ✓ | NL |
| " | EE 549 247 493 | MX | | | ✓ | ✓ | NL |
| " | IC | A | | | ✓ | ✓ | NL |
| 06-01-05 | R 0100103 | 2006 | Foreign | | ✓ | | |
| | R 100 032 11 08 | | | | ✓ | | |
| | ED 816 719 905 | US | | | | | |

In this column, use "C" to indicate certified mail, "D" for receipt for recorded delivery mail, "E" for Express Mail, and "RM" for return receipt for merchandise
In this column, use "P" to indicate return receipt requested, "RA" for return receipt requested showing addressee's address, and "AO" for addressee only

PS Form 3867, December 1994