# EXHIBIT D

# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

MATTHEW W. KING

DIRECT DIAL NUMBER
302-651-7881
KING@RLF.COM

May 27, 2005

**REGISTERED MAIL NO.:** RR 366 067 465 US
**RETURN RECEIPT REQUESTED**

Mirage Systems, Inc.
1031 E. Duane Street, Suite F
Sunnyvale, CA 94085

Re:   St. Clair Intellectual Property Consultants, Inc. v. Mirage Systems, Inc.,
George J Moussally and Kenneth L. Ford, C.A. 05-273
**Notice of Service Pursuant to 10 Del. C. § 3104**

St. Clair Intellectual Property Consultants, Inc. (the "Plaintiff"), has filed a Complaint against you in the United States District Court for the District of Delaware.

Enclosed is a copy of the Summons and Complaint filed in this action. The original Summons and a copy of the Complaint were personally served upon the Secretary of State of the State of Delaware on May 25, 2005, in compliance with 10 Del. C. § 3104. Such service is effectual for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Please be advised that through this letter I am personally notifying you that a Complaint has been filed against you by the Plaintiff as a result of your actions alleged in the Complaint. This letter will further serve to inform you that you have an obligation to answer the Complaint filed against you within twenty (20) days, and that your failure to do so may result in a default judgment being entered against you.

Very truly yours,

*[signature]*

Matthew W. King

MXK/ps
Enclosure

RLF1-2875854-1

# United States District Court
## DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | ALIAS SUMMONS IN A CIVIL ACTION FOR MIRAGE SYSTEMS, INC.<br><br>C.A. No. 05-273 |

TO: Mirage Systems, Inc.
c/o Secretary of State of the State of Delaware
401 Federal Street, Townsend Building
Dover, Delaware 19901
Pursuant to 10 Del. C. § 3104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clerk **PETER T. DALLEO**                    Date  5-25-05

By Deputy Clerk
*Beth Duran*

RLF1-2875320-1

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: 5/25/05 |
| NAME OF SERVER (PPJNT): GRANVILLE MORRIS | TITLE: SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MIRAGE SYSTEMS, INC C/O DELAWARE SECRETARY OF STATE TOWNSEND BLDG, DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/25/05
          Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

SERVED ALIAS SUMMONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure