# EXHIBIT E

| Registered No. RR 366 067 465 US | | Date Stamp |
|---|---|---|
| Reg Fee $ 7.50 | | MAY 27 2005 WILMINGTON DE 19801 |
| Handling Charge $ | Return Receipt $ 1.75 | |
| Postage $ 5.75 | Restricted Delivery $ | |
| Received by $ 15.00 | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

FROM: MAtthew W. King, ESQ
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

TO: Mirage Systems
1031 E. Duane Street
Suite F
Sunnyvale, CA 94085

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at www.usps.com ®