# EXHIBIT F

RLF1-2888116-1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>K.L. Grotty         6-7-05 |
| 1. Article Addressed to:<br><br>Mirage Systems, Inc.<br>1031 E. Duane Street<br>Suite F<br>Sunnyvale, CA 94085 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  RR 366 067 465 US | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |

RECEIVED

JUN 13 2005

MATTHEW W. K...