# EXHIBIT B

| Registered No. RA 906 722 173 US | Date Stamp |
|---|---|
| Reg. Fee $ 7.50 | |
| Handling Charge $ | Return Receipt $ |
| Postage $ 5.75 | Restricted Delivery $ 1.75 |
| Received by GR | $ 15.00 |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance |

Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

FROM: Matthew W. King, Esq.
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

TO: George J. Moussally
33185 Lark Way
Fremont, CA 94555

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 2 - Post Office