# EXHIBIT C

Case 1:05-cv-00273-JJF   Document 12-4   Filed 06/20/2005   Page 1 of 3

RLF1-2888116-1



RECEIVED
JUN 1 6 2005
MATTHEW W. KING

## Track/Confirm - Intranet Item Inquiry - Domestic

| Item: RA90 6722 173U S | | | |
|---|---|---|---|
| **Destination** | ZIP Code: 94555 | City: FREMONT | State: CA |
| **Origin** | ZIP Code: | City: | State: |
| **Special Services**<br>REGISTERED | **Associated Labels** | | **Amount** |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 06/07/2005 11:01 | FREMONT, CA 94555 | L874194 |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| NOTICE LEFT | 05/19/2005 11:59 | FREMONT, CA 94555 | K804212 |



Enter Request Type and Item Number:

Quick Search ⊙    Extensive Search ○

Explanation of Quick and Extensive Searches

[Submit]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



### Track/Confirm - Intranet Item Inquiry
### Item Number: RA90 6722 173U S

**This item was delivered on 06/07/2005 at 11:01**

| | Delivery Section |
|---|---|
| **Signature:** | [signature] KARIM MOUSSALLY |
| **Address:** | 33185 LARK WAY 94555 |

Enter Request Type and Item Number:

Quick Search ⊙    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.