IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-273-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF MAILING FOR DEFENDANT KENNETH L. FORD

STATE OF DELAWARE    )
                                        )   ss
NEW CASTLE COUNTY  )

BE IT REMEMBERED that on this 20th day of June, 2005, there did personally appear before me, the Subscriber, a Notary Public for the State and County aforesaid, Chad M. Shandler, who being duly sworn according to law, did depose and say that:

1. He is an attorney with the law firm of Richards, Layton & Finger, counsel for the plaintiff in the captioned matter.

2. Defendant Kenneth L. Ford ("Ford") is a non-resident of the State of Delaware. The last known address of Ford is 1040 Vista Oak, San Jose, California, 95132.

3. Chad M. Shandler has knowledge that on May 13, 2005, Matthew King, an attorney with the law firm of Richards, Layton & Finger, caused to be mailed, by registered mail, a letter to Ford. A copy of the complaint and summons were enclosed with the registered letter. A copy of the registered letter is attached hereto at Exhibit A and made a part hereof.

4. Upon mailing said registered letter, a receipt was issued, a copy of which is attached hereto at Exhibit B and made a part hereof

5. The registered letter provided notice to defendant that the original complaint and summons in the captioned matter had been served upon the Secretary of State of the State of Delaware, and that pursuant to 10 Del.C. § 3104, such service was as effectual for all intents and purposes as if it had been made upon this defendant personally in the State of Delaware.

6. The registered letter was signed for and received on May 19, 2005. The proof of receipt was provided to Richards, Layton and Finger by the United States Postal Service on June 16, 2005, a true and correct copy of which is attached at Exhibit C and made a part hereof.

_____
Chad M. Shandler

SWORN TO AND SUBSCRIBED before me the day and year aforesaid

_____
Notary Public

ANITA F. GARVEY
Notary Public - State of Delaware
My Comm. Expires Aug. 18, 2006