# EXHIBIT B

RLF1-2888116-1

| Registered No. RA 9067 222 187 US | Date Stamp |
|---|---|
| Reg. Fee $ 7.50 | |
| Handling Charge $ | Return Receipt $ |
| Postage $ 5.75 | Restricted Delivery $ 1.75 |
| Received by: GP | |

Customer Must Declare Full Value $

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM:
Matthew W. King, Esq.
Richards, Layton + Finger
One Rodney Square
Wilmington, DE 19899

TO:
Kenneth L. Ford
1040 Vista Oak
San Jose, CA 95132

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 2 - Post Office