# EXHIBIT C

RLF1-2888116-1

RECEIVED
JUN 1 6 2005
MATTHEW W. KING



### Track/Confirm - Intranet Item Inquiry - Domestic

| Item: RA90 6722 187U S | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 95132 | **City:** SAN JOSE | **State:** CA |
| **Origin** | **ZIP Code:** | **City:** | **State:** |
| **Special Services** | **Associated Labels** | | **Amount** |
| REGISTERED | | | |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 05/19/2005 11:07 | SAN JOSE, CA 95132 | M317426 |

Request Delivery Record

View Delivery Signature and Address

Enter Request Type and Item Number:

Quick Search ⊙    Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



**Track/Confirm - Intranet Item Inquiry**
**Item Number: RA90 6722 187U S**

**This item was delivered on 05/19/2005 at 11:07**

| | Delivery Section |
|---|---|
| **Signature:** | *C M Flores* / Marichu Flores |
| **Address:** | 1040 U[illegible] [illegible] |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

[Explanation of Quick and Extensive Searches]

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.