IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) ) | |

**MOTION FOR SUBSTITUTION
PURSUANT TO FED. R. CIV. P. 25(C)**

Eastman Kodak Company ("Kodak"), a New Jersey corporation that has not previously been named or appeared in this action, respectfully moves pursuant to Fed. R. Civ. P. 25(c) for an order substituting Kodak as a defendant for Mirage Systems, Inc. ("Mirage"), with respect to Counts I, II, III, IV, and V of the Complaint (D.I. 1).

This action arises out of a dispute about the ownership of United States Patent Nos. 5,138,459, 5,576,757, 6,094, 219, 6,233,010, 6,323,899, and 6,496,222 (collectively, "the patents-in-suit"). Plaintiff St. Clair Intellectual Property Consultants ("St. Clair") alleges that it is entitled to a declaratory judgment of ownership of the patents-in-suit (Count I), as well as a declaration quieting title to the patents-in-suit under several state- and federal-law theories (Counts II through V). St. Clair has also raised several tort claims against Mirage and Defendants George J. Moussally and Kenneth L Ford, arising out of Mirage's filing of an action in California Superior Court asserting ownership over the patents-in-suit (Counts VI through IX).

As set forth in the accompanying affidavit of George Moussally, Mirage transferred its right, title, and interest in the patents-in-suit to Kodak, effective as of the close of business on June 10, 2005. Affidavit of George Moussally in support of Eastman Kodak Company's Unopposed Motion for Substitution Pursuant to Fed. R. Civ. P. 25(c), dated June 21, 2005, ¶ 3. Pursuant to the agreement between Kodak and Mirage, Kodak has also assumed the exclusive right to control this and other litigations concerning the patents-in-suit. *Id.* at ¶ 4.

Kodak now owns all of Mirage's interest in the patents-in-suit and is therefore the proper defendant to Counts I through V of St. Clair's complaint, all of which concern ownership of the patents-in-suit. Because the transfer of Mirage's interest in the patents-in-suit occurred during the pendency of this litigation, substitution under Rule 25(c) is appropriate. *See Andrews v. Lakeshore Rehabilitation Hosp.*, 140 F.3d 1405, 1407 (11th Cir. 1998).

Accordingly, Kodak respectfully requests that this Court substitute Kodak as a defendant for Mirage, with respect to Counts I, II, III, IV, and V of the Complaint.

Dated: June 21, 2005            **MORRIS, JAMES, HITCHENS & WILLIAMS LLP**


_____
Edward M. McNally (#614)
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800
eemcnally@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Eastman Kodak Company

OF COUNSEL:

William F. Lee
Mark D. Selwyn
Louis W. Tompros
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William P. DiSalvatore
Caren K. Khoo
Nora Q.E. Passamaneck
WILMER CUTLER PICKERING
 HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Eric J. Ward
Amy L. Fici
Catherine A. Corlett
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York 14614
(585) 454-0714

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Eastman Kodak Company has consulted with counsel for Plaintiff St. Clair Intellectual Property Consultants and Defendants Mirage Systems, Inc., George J. Moussally, and Kenneth L. Ford. St. Clair has not yet expressed an opinion on Eastman Kodak Company's motion. Defendants Mirage Systems, Inc., George J. Moussally, and Kenneth L. Ford do not oppose this motion.

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

Edward M. McNally (#614)
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
eemcnally@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Eastman Kodak Company

Dated: June 21, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, )<br>)<br>)<br>)<br>) | Civil Action No. 05-273 (JJF) |

ST. CLAIR INTELLECTUAL
PROPERTY CONSULTANTS, INC., a
Michigan corporation,

    Plaintiff,

    v.

MIRAGE SYSTEMS, INC., a California
corporation, GEORGE J. MOUSSALLY,
an individual, and KENNETH L. FORD,
an individual

    Defendants.

Civil Action No. 05-273 (JJF)

## ORDER

The above-entitled matter came before the Honorable Joseph J. Farnan on

_____, 2005 on Eastman Kodak Company's Motion For Substitution Pursuant To

Fed. R. Civ. P. 25(c).  Based upon the motion and affidavit filed herein and all the files, records,

and proceedings herein, and the Court being fully advised,

   IT IS HEREBY ORDERED THAT:

   Eastman Kodak Company's Motion For Substitution Pursuant to Fed. R. Civ. P. 25(c) is

GRANTED.

       _____
       The Honorable Joseph J. Farnan
       United States District Judge

1232467/1

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, Esquire, hereby certify that on this 21st day of June, 2005, I

electronically filed the attached Motion for Substitution Pursuant To Fed. R. Civ. P. 25(c)

with the Clerk of Court using CM/ECF, which will send notification of such filing to the

following:

Frederick L. Cottrell, III, Esquire
Chad Michael Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Amy A. Quinlan (#3021)
Morris James Hitchens & William LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6880
aquinlan@morrisjames.com

1231093/1