IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., A Michigan corporation<br>　　　　　Plaintiff, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC., A California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | JURY TRIAL DEMANDED |

### AFFIDAVIT OF GEORGE MOUSSALLY IN SUPPORT OF EASTMAN KODAK COMPANY'S MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. 25(C)

I, George Moussally, declare as follows:

1.　I am the Corporate Secretary of Defendant Mirage Systems Inc. ("Mirage"). I am familiar with the facts set forth below and, if called upon to testify, could and would testify competently thereto.

2.　This Affidavit is submitted in support of Eastman Kodak Company's ("Kodak") Motion for Substitution Pursuant to Fed. R. Civ. P. 25(c), dated June 21, 2005.

3.　Defendant Mirage transferred its right, title, and interest in United States Patent Nos. 5,138,459, 5,576,757, 6,094,219, 6,233,010, 6,323,899, and 6,496,222 (collectively, "the patents-in-suit") to Kodak, effective as of the close of business on June 10, 2005.

4. Pursuant to the agreement between Kodak and Mirage, Kodak has assumed the exclusive right to control this and other litigation concerning the patents-in-suit.

Dated: June 21, 2005.

By /s/ George Moussally
George Moussally
Mirage Systems, Inc.
1031 E. Duane Street, Suite F,
Sunnyvale, California 94085

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California
County of SANTA CLARA } ss.

On Jun. 21st, 05 before me, NGA A. CHAU, Notary Public,
personally appeared George T. Moussalley,

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Notary Seal: NGA A. CHAU, Commission # 1450204, Notary Public - California, Santa Clara County, My Comm. Expires Nov 9, 2007]

_Signature of Notary Public_

———————— OPTIONAL ————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Affidavit of George T. Moussalley in Support of Eastman Kodak Co.'s motion for substitution Pursuant..
Document Date: 6/21/05           Number of Pages: 2

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: George T. Moussalley

☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-In-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, Esquire, hereby certify that on this 21st day of June, 2005, I electronically filed the attached Affidavit of George Moussally in Support of Eastman Kodak Company's Motion for Substitution Pursuant to Fed. R. Civ. P. 25(c) with the Clerk of Court using CM/ECF, which will send notification of such filing to the following.

>Frederick L. Cottrell, III, Esquire
>Chad Michael Shandler, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

_____
Amy A. Quinlan (#3021)
Morris James Hitchens & William LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
(302) 888-6880
aquinlan@morrisjames.com