IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL<br>PROPERTY CONSULTANTS, INC.,<br>a Michigan corporation, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 05-273 (JJF) |
| MIRAGE SYSTEMS, INC., a<br>California corporation, GEORGE J.<br>MOUSSALLY, an individual, and<br>KENNETH L. FORD, an individual, | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## DEFENDANTS GEORGE J. MOUSSALLY AND KENNETH L. FORD'S MOTION TO DISMISS FOR IMPROPER VENUE

Defendants George J. Moussally and Kenneth L. Ford hereby move for the dismissal of this action as to them on the grounds that venue in this District is improper. The grounds for this motion are set out in the accompanying brief.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendants George J. Moussally
and Kenneth L. Ford

OF COUNSEL:

William F. Lee
Mark D. Selwyn
Louis W. Tompros
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William P. DiSalvatore
Caren K. Khoo
Nora Q.E. Passamaneck
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10002
(212) 230-8800

Eric J. Ward
Amy L. Fici
Catherine A. Corlett
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York 14614
(585) 454-0714

June 21, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-273 (JJF) |
| MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This action, as against George Moussally and Kenneth Ford, is hereby dismissed for improper venue.

_____
J.

## **CERTIFICATE OF SERVICE**

I, Edward M. McNally, hereby certify that on this 21st day of June, 2005, I electronically filed Defendants George J. Moussally and Kenneth L. Ford's Motion to Dismiss For Improper Venue with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> Frederick L. Cottrell, III, Esquire
> Chad Michael Shandler, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

>> Edward M. McNally (#614)
>> Morris, James, Hitchens & Williams LLP
>> 222 Delaware Avenue, 10th Floor
>> Wilmington, DE 19801
>> (302) 888-6800
>> emcnally@morrisjames.com