IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-273 (JJF) |
| MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS MIRAGE SYSTEMS, INC., GEORGE J. MOUSSALLY, KENNETH L. FORD AND SUBSTITUTE DEFENDANT EASTMAN KODAK COMPANY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY

Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Substitute Defendant Eastman Kodak Company hereby move the Court to dismiss this litigation or, in the alternative, to stay this litigation until the disposition of a previously filed litigation in California. The grounds for this motion are set forth in the opening brief filed with this motion.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Edward M. McNally*

Edward M. McNally (#614)
Amy A. Quinlan (#3021)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
aquinlan@morrisjames.com
Attorneys for Defendants Mirage Systems, Inc., George J Moussally, Kenneth L. Ford and Substitute Defendant Eastman Kodak Company

OF COUNSEL:

William F. Lee
Mark D. Selwyn
Louis W. Tompros
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

William P. DiSalvatore
Caren K. Khoo
Nora Q.E. Passamaneck
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10002
(212) 230-8800

Eric J. Ward
Amy L. Fici
Catherine A. Corlett
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York 14614
(585) 454-0714

June 21, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>    Defendants. | Civil Action No. 05-273 (JJF) |

## **ORDER**

For the reasons set forth by the Court in its opinion, this action is hereby dismissed.

                         _____
                                     J.

## **CERTIFICATE OF SERVICE**

I, Edward M. McNally, hereby certify that on this 21st day of June, 2005, I electronically filed Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Substitute Defendant Eastman Kodak Company's Motion to Dismiss or, in the Alternative, to Stay with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>Frederick L. Cottrell, III, Esquire
>Chad Michael Shandler, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

>_/s/ Edward M. McNally_
>Edward M. McNally (#614)
>Morris, James, Hitchens & Williams LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE 19801
>(302) 888-6800
>emcnally@morrisjames.com