## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation, | ) ) ) ) ) Civil Action No. 05-273 (JJF) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual | ) ) ) ) ) |
| Defendants. | ) ) ) |

### ORDER

The above-entitled matter came before the Honorable Joseph J. Farnan on

_____, 2005 on Eastman Kodak Company's Motion For Substitution Pursuant To

Fed. R. Civ. P. 25(c). Based upon the motion and affidavit filed herein and all the files, records,

and proceedings herein, and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

Eastman Kodak Company's Motion For Substitution Pursuant to Fed. R. Civ. P. 25(c) is

GRANTED.

_____
The Honorable Joseph J. Farnan JR.
United States District Judge

1232467/1