IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-273 JJF |

## NOTICE OF APPEARANCE

Please enter the appearance of Seitz, Van Ogtrop & Green, P.A. by George H. Seitz, III, Esquire, James S. Green, Esquire and Patricia P. McGonigle, Esquire as attorneys for Plaintiff, St. Clair Intellectual Property Consultants, Inc.

SEITZ, VAN OGTROP & GREEN, P.A.

By: /s/ George H. Seitz, III
George H. Seitz, III, Esquire (No. 667)
gseitz@svglaw.com
James S. Green, Esquire (No. 481)
jgreen@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
(302) 888-0606 (fax)

ATTORNEYS FOR PLAINTIFF ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.

Dated: July 6, 2005

49038v1

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 6th day of July 2005, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**NOTICE OF APPEARANCE**

/s/ George H. Seitz, III
_____
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

49038v1