IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California corporation, GEORGE J. MOUSSALLY, an individual, and KENNETH L. FORD, an individual,<br><br>Defendants. | Civil Action No. 05-273-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

TO:     Clerk of the Court
         United States District Court
         District of Delaware
         844 King Street
         Wilmington, DE 19801

PLEASE TAKE NOTICE that Frederick L. Cottrell, III, Chad M. Shandler and the law firm of Richards, Layton & Finger, P.A. hereby withdraw their appearance in this case for plaintiff St. Clair Intellectual Property Consultants, Inc.

Dated: July 18, 2005

                                           _/s/_
                                  Frederick L. Cottrell, III (#2555)
                                  Chad M. Shandler (#3796)
                                  Richards, Layton & Finger, P.A.
                                  One Rodney Square
                                  920 North King Street
                                  P.O. Box 551
                                  Wilmington, Delaware 19899
                                  (302) 651-7700
                                  Cottrell@rlf.com
                                  Shandler@rlf.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF and served it on the following as noted:

**VIA HAND DELIVERY**
Edward M. McNally (#614)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

**VIA HAND DELIVERY**
George H. Seitz, III (#667)
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

_____
Frederick L. Cottrell, III (#2555)
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
cottrell@rlf.com

RLF1-2900407-1