IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL<br>PROPERTY CONSULTANTS, INC.,<br>a Michigan Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California<br>corporation, GEORGE J. MOUSSALLY,<br>an individual, KENNETH L. FORD,<br>an individual, and EASTMAN KODAK<br>COMPANY, a New Jersey Corporation,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C. A. No. 05-273 (JJF)<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE WITHDRAW the appearance of Edward M. McNally, Esquire, Amy Arnott Quinlan, Esquire and the law firm of Morris, James, Hitchens & Williams, LLP, and PLEASE ENTER the appearance of Paul M. Lukoff, Esquire, David E. Brand, Esquire and the law firm of Prickett, Jones & Elliott, P.A., as attorneys for Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Eastman Kodak Company.

19660.1\283459v1

MORRIS, JAMES, HITCHENS
& WILLIAMS, LLP

_____
EDWARD M. MCNALLY (I.D. #614)
AMY ARNOTT QUINLAN (I.D. #3021)
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6800

PRICKETT, JONES & ELLIOTT, P.A.

SO ORDERED this _____ day

of _____, 2005.

_____
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500

_____
       Judge

*Attorneys for Mirage Systems, Inc.,
George J. Moussally, Kenneth L. Ford and
Eastman Kodak Company*

19660.1\283459v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

GEORGE H. SEITZ, III, ESQUIRE
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

EDWARD M. MCNALLY
AMY ARNOTT QUINLAN
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com