IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL<br>PROPERTY CONSULTANTS, INC.,<br>a Michigan Corporation, | : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : <br> : | |
| v. | : | C. A. No. 05-273 (JJF) |
| | : | |
| MIRAGE SYSTEMS, INC., a California<br>corporation, GEORGE J. MOUSSALLY,<br>an individual, KENNETH L. FORD,<br>an individual, and EASTMAN KODAK<br>COMPANY, a New Jersey Corporation, | : <br> : <br> : <br> : <br> : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW the appearance of Edward M. McNally, Esquire, Amy Arnott Quinlan, Esquire and the law firm of Morris, James, Hitchens & Williams, LLP, and PLEASE ENTER the appearance of Paul M. Lukoff, Esquire, David E. Brand, Esquire and the law firm of Prickett, Jones & Elliott, P.A., as attorneys for Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Eastman Kodak Company.

19660.1\283459v1

|  |  |
|---|---|
|  | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
|  | /s/ Edward M. McNally |
|  | EDWARD M. MCNALLY (I.D. #614) |
|  | AMY ARNOTT QUINLAN (I.D. #3021) |
|  | 222 Delaware Avenue |
|  | P. O. Box 2306 |
|  | Wilmington, DE 19899 |
|  | (302) 888-6800 |
|  |  |
|  | PRICKETT, JONES & ELLIOTT, P.A. |
| SO ORDERED this _____ day | /s/ Paul M. Lukoff |
| of _____, 2005. | PAUL M. LUKOFF (I.D. #96) |
|  | DAVID E. BRAND (I.D. #201) |
|  | 1310 King Street |
|  | P. O. Box 1328 |
| _____ | Wilmington, DE 19899 |
|         Judge | (302) 888-6500 |
|  |  |
|  | *Attorneys for Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Eastman Kodak Company* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

GEORGE H. SEITZ, III, ESQUIRE
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

EDWARD M. MCNALLY
AMY ARNOTT QUINLAN
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com

9999.9999\276280v1