IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL<br>PROPERTY CONSULTANTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., a California<br>Corporation, GEORGE J. MOUSSALLY,<br>an individual, and KENNETH L. FORD,<br>an individual, and EASTMAN KODAK<br>COMPANY, a New Jersey Corporation,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:  C. A. No. 05-273 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of WILLIAM P. DiSALVATORE, CAREN K. KHOO and NORA Q. E. PASSAMANECK, of Wilmer Cutler Pickerin Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, LOUIS W. TOMPROS, of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109 and ERIC J. WARD, AMY L. FICI and CATHERINE A. CORLETT of Ward Norris Heller & Reidy, 300 State Street, Rochester, New York 14614 to represent Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Eastman Kodak Company in this matter.

19660.1\286789v1

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ David E. Brand
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel. 302.888.6500
Fax: 302.888-6331

*Attorneys for Defendants*
*Mirage Systems, Inc., George J. Moussally,*
*Kenneth L. Ford and Eastman Kodak Company*

DATE: October 5, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of William P. DiSalvatore, Caren K. Khoo, Nora Q. E. Passamaneck, Louis W. Tompros, Eric J. Ward, Amy L. Fici and Catherine A. Corlett is granted.

_____
United States District Judge

19660.1\286789v1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
William P. DiSalvatore
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022
(212) 230-8800

Date: September 9, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Caren K. Khoo
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022
(212) 230-8800

Date: September _, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the states of New York and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Nora Q. E. Passamaneck
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Ave.
New York, NY 10022
(212) 230-8800

Date: September 8, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____
Louis W. Tompros
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Date: September 8, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Signed: _____
Eric J. Ward
Ward Norris Heller & Reidy LLP
300 State St.
Rochester, NY 14614
(585) 454-0700

Date: September 9, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Signed: _____
Amy L. Fici
Ward Norris Heller & Reidy LLP
300 State St.
Rochester, NY 14614
(585) 454-0700

Date: September 9, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Signed: _____
Catherine A. Corlett
Ward Norris Heller & Reidy LLP
300 State St.
Rochester, NY 14614
(585) 454-0700

Date: September 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

GEORGE H. SEITZ, III, ESQUIRE
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

EDWARD M. MCNALLY
AMY ARNOTT QUINLAN
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue
P. O. Box 2306
Wilmington, DE 19899

DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com