IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL<br>PROPERTY CONSULTANTS, INC.,<br>a Michigan Corporation, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 05-273 (JJF) |
| MIRAGE SYSTEMS, INC., a California<br>corporation, GEORGE J. MOUSSALLY,<br>an individual, KENNETH L. FORD,<br>an individual, and EASTMAN KODAK<br>COMPANY, a New Jersey Corporation, | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of William P. DiSalvatore, of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, as counsel for Defendants Mirage Systems, Inc., George J. Moussally, Kenneth L. Ford and Eastman Kodak Company in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

/s/ Paul M. Lukoff
PAUL M. LUKOFF (I.D. #96)
DAVID E. BRAND (I.D. #201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6500

*Attorneys for Mirage Systems, Inc.,
George J. Moussally, Kenneth L. Ford and Eastman
Kodak Company*

19660.1\293733v1

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, I electronically filed a **NOTICE OF WITHDRAWAL OF COUNSEL OF WILLIAM P. DISALVATORE** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

GEORGE H. SEITZ, III, ESQUIRE
Seitz, Van Ogtrop & Green
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE  19899-1328
TEL: 302-888-6514
EMAIL:  DEBrand@prickett.com

19660.1\293847v1