IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ST. CLAIR INTELLECTUAL PROPERTY  :
CONSULTANTS, INC.,               :
                                 :
      Plaintiff,                 :
                                 :
      v.                         :   Civil Action No. 05-273-JJF
                                 :
MIRAGE SYSTEMS, INC., GEORGE J.  :
MOUSSALLY, KENNETH L. FORD, and  :
EASTMAN KODAK CO.,               :
                                 :
      Defendants.                :

**ORDER**

At Wilmington, the 8 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Individual Defendants' Motion To Dismiss For Improper Venue (D.I. 15) is **GRANTED**.

2. Defendants' Motion To Dismiss Or, In The Alternative, To Stay (D.I. 19) is **GRANTED**.

                                                UNITED STATES DISTRICT JUDGE