AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Delaware___ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>05-273 | DATE FILED<br>5/6/05 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>St. Clair Intellectual Property Consultants, Inc. | | DEFENDANT<br>Mirage Systems, Inc., et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,138,459 | 8/11/92 | Personal Computer Cameras, Inc. |
| 2 | 5,576,757 | 11/19/96 | St. Clair Intellectual Property Consultants, Inc. |
| 3 | 6,094,219 | 7/25/00 | St. Clair Intellectual Property Consultants, Inc. |
| 4 | US 6,233,010 B1 | 5/15/01 | St. Clair Intellectual Property Consultants, Inc. |
| 5 | US 6,323,899 B1 | 11/27/01 | St. Clair Intellectual Property Consultants, Inc. |
|   | US 6,496,222 B1 | 12/17/02 | St. Clair Intellectual Property Consultants, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| see attached |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*signature* | DATE<br>JUL 19 2006 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director

AO 120 (Rev. 3/04)
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy