IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action NO. 05-273-JJF |
| MIRAGE SYSTEMS, INC., | : |
| Defendant. | : |

O R D E R

WHEREAS, the above-captioned case has been stayed (D.I. 37, 38) pending resolution of the patent ownership dispute between Eastman Kodak Co. and St. Clair Intellectual Property Consultants, Inc. in <u>Mirage Systems, Inc. V. Speasl</u>, Civil Action No. 05-39164 (Cal. Sup. Ct. April 12, 2005);

NOW THEREFORE, IT IS ORDERED that the above-captioned case is **STAYED** and **CLOSED** administratively. The parties shall file a Status Report every ninety (90) days from the date of this Order, and the Court will reopen the matter upon the written application of any party.

July 17, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE