IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC., ET AL., ) ) | |
| Defendants. ) ) ) | |

## JOINT STATUS REPORT

On March 8, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company and St. Clair Intellectual Property Consultants, Inc. in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days, the parties jointly notify the Court that the California Action is still pending. St. Clair filed a motion for summary judgment that is scheduled to be heard on January 11, 2007. A trial date has not yet been set.

56324 v1

Dated: October 16, 2006.

Of Counsel:
Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Becky R. Thorson, Esquire
Carrie M. Lambert, Esquire
Kimberly G. Miller, Esquire
ROBINS, KAPLAN, MILLER &
 CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

SEITZ, VAN OGTROP & GREEN

By: /s/ Patricia P. McGonigle
George H. Seitz, III, Esquire (No. 667)
gseitz@svglaw.com
James S. Green, Esquire (No. 481)
jgreen@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
pmcgonigle@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
**Attorneys for St. Clair Intellectual Property Consultants, Inc.**

56324 v1

## CERTIFICATE OF SERVICE

I, Patricia P. McGonigle, Esquire, hereby certify that on this 16th day of October 2006, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Patricia P. McGonigle
_____
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com

51868 v1