IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAGE SYSTEMS, INC., et al., <br><br> Defendants. | ) ) ) ) Civil Action No. 05-273 (JJF) ) ) ) ) ) ) ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Prickett Jones & Elliott, P.A. hereby withdraws its appearance as counsel for defendant Eastman Kodak Company in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned law firm of Connolly Bove Lodge & Hutz LLP hereby enters its appearance as counsel for defendant Eastman Kodak Company in this action.

PRICKETT JONES & ELLIOTT, P.A.

Dated: October 17, 2006

By: /s/ David E. Brand, Esquire
Paul M. Lukoff, Esquire (#96)
David E. Brand, Esquire (#201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tel: (302) 888-6514
Fax: (302) 658-8111
pmlukoff@prickett.com
debrand@prickett.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated:  October 17, 2006       By: /s/ Collins J. Seitz, Jr.
                                   Collins J. Seitz, Jr. (#2237)
                                   The Nemours Building
                                   1007 North Orange Street
                                   P. O. Box 2207
                                   Wilmington, DE  19899
                                   Telephone:  (302) 658-9141
                                   Facsimile:   (302) 658-5614
                                   cseitz@cblh.com

*Attorneys for Eastman Kodak Company*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 17, 2006, a true copy of the foregoing *NOTICE OF SUBSTITUTION OF COUNSEL* was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com

494049_1