IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAGE SYSTEMS, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-273 (JJF) |

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Prickett Jones & Elliott, P.A. hereby withdraws its appearance as counsel for defendant, Mirage Systems Inc., in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned law firm of Connolly Bove Lodge & Hutz LLP hereby enters its appearance as counsel for defendant, Mirage Systems Inc., in this action.

                                                PRICKETT JONES & ELLIOTT, P.A.

                                            By: /s/ *David E. Brand*
                                                  David E. Brand, Esquire (#201)
                                                  1310 King Street
                                                  P. O. Box 1328
                                                  Wilmington, DE  19899
                                                  Tel: (302) 888-6514
                                                  Fax: (302) 658-8111
                                                  debrand@prickett.com

Dated: January 16, 2007

2

                        CONNOLLY BOVE LODGE & HUTZ LLP

                By:   */s/ Collins J. Seitz, Jr.*
                     Collins J. Seitz, Jr. (#2237)
                     The Nemours Building
                     1007 North Orange Street
                     P. O. Box 2207
                     Wilmington, DE 19899
                     Telephone: (302) 658-9141
                     Facsimile: (302) 658-5614
                     cseitz@cblh.com

Dated: January 16, 2007          *Attorneys for Mirage Systems Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 16, 2007, a true copy of the foregoing *NOTICE OF SUBSTITUTION OF COUNSEL* was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

>                     */s/ Collins J. Seitz, Jr.*
> Collins J. Seitz, Jr. (#2237)
> cseitz@cblh.com

494049_1