IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC., *et al.* | ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

On February 14, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company and St. Clair Intellectual Property Consultants, Inc. in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-391164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days, the parties jointly notify the Court that the California Action is still pending. St. Clair filed a motion for summary judgment, and Defendants jointly filed a motion for judgment on the pleadings, which were both heard on January 11, 2007. Discovery is proceeding and a trial date has not yet been set.

|  |  |
|---|---|
|  | CONNOLLY BOVE LODGE & HUTZ LLP |
|  |  |
|  | /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (#2237)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>cseitz@cblh.com |
| OF COUNSEL: |  |
|  | *Attorneys for Defendants,*<br>*Eastman Kodak Company and*<br>*Mirage Systems, Inc.* |
| Michael J. Summersgill<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |  |
| Nora Q.E. Passamaneck<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8800 |  |
| Eric J. Ward<br>Amy L. Fici<br>WARD NORRIS HELLER & REIDY, LLP<br>300 State Street<br>Rochester, New York 14614<br>(585) 454-0714 |  |
| DATED: January 16, 2007 |  |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on January 16, 2007, a true copy of the foregoing Joint Status Report was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

*/s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com