IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., ET AL.,<br><br>Defendants. | Civil Action No. 05-273 JJF |

### JOINT STATUS REPORT

On March 8, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company ("Kodak") and St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days about the California Action, the parties jointly notify the Court that the California Action is still pending. Discovery is ongoing. A trial date has not yet been set, but there is a trial setting conference scheduled for September 18, 2007 and the court has indicated that it will provide the parties a trial date in early 2008.

The parties also notify the Court of another related action involving St. Clair and Kodak. On January 19, 2007, St. Clair filed a Complaint with the United States International Trade Commission ("ITC") naming Kodak as a Respondent. St. Clair's Complaint asserts that Kodak infringes U.S. Patent Nos. 5,138,459, 6,094,219, 6,233,010, 6,323,899, and 6,496,222, four of which are the patents asserted in this action. The ITC voted to institute an investigation into St.

58814 v1

Clair's allegations on February 14, 2007. On February 22, 2007, Kodak moved to stay this investigation with its "Motion to Stay Investigation Pending the California State Court's Determination of the Ownership of the Patents-at-Issue." St. Clair opposed Kodak's motion to stay on March 5, 2007. This motion is currently pending, and discovery has been stayed until there is a decision.

SEITZ, VAN OGTROP & GREEN

By: /s/ George H. Seitz, III
George H. Seitz, III, Esquire (No. 667)
gseitz@svglaw.com
James S. Green, Esquire (No. 481)
jgreen@svglaw.com
Patricia P. McGonigle, Esquire (No. 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

ATTORNEYS FOR PLAINTIFF
ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.

Dated: April 16, 2007.

## CERTIFICATE OF SERVICE

I, George H. Seitz, III, Esquire, hereby certify that on this 16th day of April 2007, I electronically filed the foregoing *Joint Status Report* with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

/s/ *George H. Seitz, III*
George H. Seitz, III (ID No. 667)
gseitz@svglaw.com

58812 v1