IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MIRAGE SYSTEMS, INC., *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 05-273 JJF ) ) ) ) ) ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, please withdraw the appearance of Nora Q.E. Passamaneck, of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, as counsel for Defendants Mirage Systems, Inc. and Eastman Kodak Company in this matter.

OF COUNSEL:

Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Eric J. Ward
Amy L. Fici
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York  14614
(585) 454-0714

DATE: July 11, 2007

CONNOLLY BOVE LODGE & HUTZ LLP


/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

*Attorneys for Defendants
Mirage Systems, Inc., et al.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 11, 2007, a copy of the foregoing *NOTICE OF WITHDRAWAL OF COUNSEL* was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                                   */s/ Collins J. Seitz, Jr.*
                                             Collins J. Seitz, Jr. (#2237)
                                             cseitz@cblh.com