IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MIRAGE SYSTEMS, INC., *et al.*,<br><br>Defendants. | C.A. No. 05-273-JJF |

## JOINT STATUS REPORT

On March 8, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company ("Kodak") and St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days about the California Action, the parties jointly notify the Court that the California Action is still pending. Discovery is ongoing. A trial date has not yet been set, but a trial setting conference has been scheduled for September 18, 2007, and the court has indicated that it will provide the parties a trial date in early 2008.

On January 19, 2007, St. Clair filed an action in the United States International Trade Commission ("ITC") asserting that Kodak infringes U.S. Patent Nos. 5,138,459, 6,094,219, 6,233,010, 6,323,899, and 6,496,222. On February 22, 2007, Kodak moved to stay St. Clair's ITC case pending the determination of ownership of the patents by the court in the California Action. On May 11, 2007, the Administrative Law Judge issued an order staying the ITC action

pending resolution of ownership in the California Action. St. Clair filed a petition for review on May 18, 2007, requesting that the Commission review and lift the stay. On June 20, 2007, the Commission stated that it would not consider St. Clair's petition. The ITC action remains stayed.

                    CONNOLLY BOVE LODGE & HUTZ LLP

                    */s/ Collins J. Seitz, Jr.*
                    Collins J. Seitz, Jr. (#2237)
                    1007 North Orange Street
                    P.O. Box 2207
                    Wilmington, DE 19899
                    (302) 658-9141
                    cseitz@cblh.com

                    *Attorneys for Defendants Eastman Kodak Company and Mirage Systems, Inc.*

OF COUNSEL:

Michael J. Summersgill
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Eric J. Ward
Amy L. Fici
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York 14614
(585) 454-0714

DATE: July 16, 2007

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 16, 2007, a copy of the foregoing JOINT STATUS REPORT was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                                */s/ Collins J. Seitz, Jr.*
                                        Collins J. Seitz, Jr. (#2237)
                                        cseitz@cblh.com