IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | : : : : : : : : : : : : : | Civil Action No. 05-273 JJF |
| Plaintiff, | | |
| v. | | |
| MIRAGE SYSTEMS, INC., *et al.* | | |
| Defendants. | | |

**JOINT STATUS REPORT**

On March 8, 2006, the Court stayed this Action pending resolution of the patent ownership dispute between Eastman Kodak Company ("Kodak") and St. Clair Intellectual Property Consultants, Inc. ("St. Clair") in *Eastman Kodak Company v. Speasl et al.*, Civil Action No. 05-039164 (Cal. Sup. Ct. April 12, 2005) (the "California Action"). Pursuant to the Court's July 17, 2006 Order requiring a Status Report every ninety (90) days, the parties submit this joint report.

On September 18, 2007, the California State Court set the California Action for trial beginning on January 7, 2008. The trial is now in progress.

On January 19, 2007, St. Clair filed an action in the United States International Trade Commission ("ITC") asserting that Kodak infringes U.S. Patent Nos. 5,138,459, 6,094,219, 6,233,010, 6,323,899, and 6,496,222. On February 22, 2007, Kodak moved to stay St. Clair's ITC case pending the determination of ownership of the patents by the court in the California

Action.  On May 11, 2007, the Administrative Law Judge issued Order No. 7 staying the ITC action pending resolution of ownership in the California Action.  The ITC action remains stayed.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (#2237)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com

*Attorneys for Defendants Eastman Kodak Company and Mirage Systems, Inc.*

OF COUNSEL:

Michael J. Summersgill
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Eric J. Ward
Amy L. Fici
WARD NORRIS HELLER & REIDY, LLP
300 State Street
Rochester, New York  14614
(585) 454-0714

DATE: January 14, 2008