## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on January 14, 2008, a copy of the foregoing JOINT STATUS REPORT was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

        */s/ Collins J. Seitz, Jr.*
Collins J. Seitz, Jr. (#2237)
cseitz@cblh.com