## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC. *et al.*, | ) ) ) |
| Defendant. | ) ) |

### STIPULATION AND ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), Defendant Eastman Kodak Company ("Kodak"), and Defendant Mirage Systems, Inc. ("Mirage"), having entered into a settlement agreement and each having executed it and the exhibits thereto, hereby stipulate to:

(1) Dismissal with prejudice of all of St. Clair's claims against Kodak and Mirage in this action; and

(2) Dismissal with prejudice of all of Kodak's and Mirage's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

| | |
|---|---|
| */s/ Patricia P. McGonigle* | */s/ Collins J. Seitz, Jr.* |
| George H. Seitz, III (No. 667) | Collins J. Seitz, Jr. (#2237) |
| Patricia P. McGonigle, Esquire (No. 3126) | CONNOLLY BOVE LODGE & HUTZ LLP |
| SEITZ, VAN OGTROP & GREEN | 1007 North Orange Street |
| 222 Delaware Avenue, Suite 1500 | P.O. Box 2207 |
| P.O. Box 68 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9141 |
| (302) 888-0600 | cseitz@cblh.com |
| gseitz@svglaw.com | |
| pmcgonigle@svglaw.com | |

| | |
|---|---|
| OF COUNSEL:<br>Ronald J. Schutz<br>Jake M. Holdreith<br>Becky R. Thorson<br>Carrie M. Lambert<br>Kimberly G. Miller<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>2800 La Salle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>(612) 349-8500<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ST. CLAIR INTELLECTUAL PROPERTY**<br>**CONSULTANTS, INC.**<br><br>Dated: May 16, 2008 | OF COUNSEL:<br>Michael J. Summersgill<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**EASTMAN KODAK COMPANY AND**<br>**MIRAGE SYSTEMS, INC.**<br><br>Dated: May 16, 2008 |

SO ORDERED this \_\_\_\_ day of _____, 2008

_____

United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 16, 2008, a copy of the foregoing STIPULATION AND ORDER was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

                                            */s/ Collins J. Seitz, Jr.*
                                        Collins J. Seitz, Jr. (#2237)
                                        cseitz@cblh.com