IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-273 JJF |
| MIRAGE SYSTEMS, INC. *et al.*, | ) ) ) | |
| Defendant. | ) ) ) | |

**STIPULATION AND ORDER**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), Defendant Eastman Kodak Company ("Kodak"), and Defendant Mirage Systems, Inc. ("Mirage"), having entered into a settlement agreement and each having executed it and the exhibits thereto, hereby stipulate to:

(1) Dismissal with prejudice of all of St. Clair's claims against Kodak and Mirage in this action; and

(2) Dismissal with prejudice of all of Kodak's and Mirage's counterclaims in this action.

Each party will bear its own costs and attorneys' fees.

  /s/ Patricia P. McGonigle                                /s/ Collins J. Seitz, Jr.
George H. Seitz, III (No.66 7)                      Collins J. Seitz, Jr. (#2237)
Patricia P. McGonigle, Esquire (No. 3126)   CONNOLLY BOVE LODGE & HUTZ LLP
SEITZ, VAN OGTROP & GREEN               1007 North Orange Street
222 Delaware Avenue, Suite 1500               P.O. Box 2207
P.O. Box 68                                                     Wilmington, DE 19899
Wilmington, DE 19899                                  (302) 658-9141
(302) 888-0600                                               cseitz@cblh.com
gseitz@svglaw.com
pmcgonigle@svglaw.com

OF COUNSEL:  
Ronald J. Schutz  
Jake M. Holdreith  
Becky R. Thorson  
Carrie M. Lambert  
Kimberly G. Miller  
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  
2800 La Salle Plaza  
800 LaSalle Avenue  
Minneapolis, MN 55402  
(612) 349-8500  

**ATTORNEYS FOR PLAINTIFF ST.C LAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.**

Dated: May 16, 2008

OF COUNSEL:  
Michael J. Summersgill  
WILMER CUTLER PICKERING HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
(617) 526-6000  

**ATTORNEYS FOR DEFENDANTS EASTMAN KODAK COMPANY AND MIRAGE SYSTEMS, INC.**

Dated: May 16, 2008

SO ORDERED this 19 day of May, 2008

_____  
United States District Judge